*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  April 23, 2015                    519196
_____

In the Matter of RICHARD
    TEVAULT,
                    Petitioner,

            v                                    MEMORANDUM AND JUDGMENT

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                    Respondent.
_____

Calendar Date:  February 24, 2015

Before:  Garry, J.P., Rose, Devine and Clark, JJ.

                    _____


        Richard Tevault, Malone, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), respondent.


                    _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision which found petitioner guilty of violating
certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding
challenging a tier III disciplinary hearing finding him guilty of
violating various prison disciplinary rules.  The Attorney
General has advised this Court that the determination has been
administratively reversed, all references thereto have been
expunged from petitioner's institutional disciplinary record, and
the mandatory $5 surcharge has been refunded to petitioner's
inmate account.  In view of this, and given that petitioner has

received all of the relief to which he is entitled, the matter is dismissed as moot (see Matter of Ramos v Department of Corr. & Community Supervision, 123 AD3d 1215, 1215 [2014]).

Garry, J.P., Rose, Devine and Clark, JJ., concur.


ADJUDGED that the petition is dismissed, as moot, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court